Darron (Wise)
#1668013- G1-318
Estelle Unit
264 Fm 3478
Huntsville TX. 77320

①

RECEIVED
Court of Appeals

JAN 23 2015

Lisa Matz
Clerk, 5th District

05-14-01371-CV

Re: Case no. 05-14-01564-CV

Greetings, I received your correspondence 01-06-15 informing me that I had been granted an extension until Jan. 23, 2015.

Thank You, very much, I am graciously apprecative of your mercy and kindness towards me and this issue before the court.

I also found included in your notice the contents of a docketing statement (civil).

I had went to the law library here on this unit and copied what I found under Tex. R. App. P. 32. 1.

I answered ever question as they pertain to me. and I also included the documentation I have as exhibits to submit to show proof of what I was relating.

Im not an attorney nor am I qualified to act under the capacity of one who is able to prepair for a legal proceeding such as this one at issue w/ me.

I include the documentation I have to present w/ my answers to the questions ask because I feel they are pertinent facts w/ legal issues that show why I have a legal argument. ⟶

am I making a mistake by doing this including my exhibits? ? ?

I Know the rule, anything you say can and will be used against you in the court of law.

but I don't have anything to hide.

I need a lawyer to help me, but I'm unable to find one being that I'm incarcerated and I'm indigent, unable to afford an attorney.

I'm going to fill out the Pro Bono Program form application and send it back to you, with a declaration of inability to pay cost form that I had on hand. If the court can appoint me an attorney that would be wonderful.

If not, I must proceed on my on behalf because I was denied a fair trial.

I would appreciate it if you answered my question concerning the exhibits, as soon as you could and let me know something about an attorney being appointed to me by the court.

I'm trying to get copies of the documents that I have. The law library here want afford me that opportunity.

So I'm having to find another means to get this done. I will G.d willing and I will have everything to you before Jan. 23, 2015

If I sent you my orginal (only) documents can you copy them and send me the orginals back?

I found on the application you sent me something that I didnt find in that legal book on court rules and procedure.

That was XVL Certificate of Service.
This means I have to send the plaintiffs attorneys a copy of everything that I send to you?

That may present a problem. Im indigent what I have to send to you is going to absorb my indigent mail spending for the mol month, w/ the stamp to send what I have to you.

I have twenty piece of paper of exhibits, and thats not including the docketing statement application...

Im not looking for any excuses to not do whats required, Im indigent.

So could you please advise me on this matter of Certificate of Service and issue at hand?

I need 2 save a copy of everything I have for my records.

I appreciate you taking the time out your time for me. I apologize if my ignorance of law is seriously stupid.

Darren Wir

NAME Darryol Vils
TDC# 766803 #766803
ESTELLE UNIT
264 FM 3478
HUNTSVILLE, TX 77320

FOREVER

NORTH HOUSTON TX 773

12 JAN 2016 PM 6 L

* Legal *
Mail *

* Court of Appeals District Clerk Office
Lisa Matz Clerk *
Fifth Court of Appeals
600 Commerce St. Suite 200
Dallas Texas 75202

75202455399



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION